RUSER, Respondent, v. UNION DISTILLING CO., Appellant.

(Common Pleas of New York City and County, General Term.    May 17, 1894.)

Action by Ludwig Ruser against the Union Distilling Company.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
S. E. Duffy, for appellant.
J. A. McCreery, for respondent.
No opinion.    Motion for leave to appeal to the court of appeals denied, with
$10 costs.    See 27 N. Y. Supp. 920.


TOOKER et al., Respondents, v. BOOTH, Appellant.

(Common Pleas of New York City and County, General Term.    May 17, 1894.)

Action by Joseph H. Tooker and others against Marion Booth.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion.    Appeal dismissed, with costs.


VROOMAN, Appellant, v. HOUSTAN, W. ST. & P. FERRY R. CO.,
Respondent.

(Common Pleas of New York City and County, General Term.    May 17, 1894.)

Action by Lyman C. Vrooman against the Houstan, West Street & Pavonia
Ferry Railroad Company.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Lamb, Osborne & Petty, for appellant.
Coudert Bros., for respondent.
No opinion.    Motion for leave to appeal to the court of appeals denied, with
$10 costs.    See 27 N. Y. Supp. 1128.


WATSON, Respondent, v. RUSSELL, Appellant.

(Common Pleas of New York City and County, General Term.    May 17, 1894.)

Action by Alice Watson against John H. Russell.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Vanderpoel, Cuming & Goodwin, for appellant.
Van Duzer & Taylor, for respondent.
No opinion.    Motion for leave to appeal to the court of appeals granted.    See
28 N. Y. Supp. 26.


KNOCH, Appellant, v. VON BERNUTH, Respondent.

(Superior Court of New York City, General Term.    April 2, 1894.)

Action by Minna Knoch against Marie E. H. Von Bernuth, as execu-
trix, etc.
Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.